4:04-cv-04062-MMM # 2 Page: 1 of 22
ELECTRONIC FILING SYSTEM - U.S. District Court ILCD - Docket Report          Page 1 of 14
E-FILED
Tuesday, 28 September, 2004 02:25:57 PM
Clerk, U.S. District Court, ILCD
CLOSED

# U.S. District Court
## Central District of Illinois (Rock Island)
### CRIMINAL DOCKET FOR CASE #: 4:00-cr-40004-MMM-1
#### Internal Use Only

Case title: USA v. Pitts, et al                    Date Filed: 01/19/2000

---

Assigned to: Judge Michael M. Mihm

### Defendant
------------------------

**Raymond Forrest Pitts** (1)
*TERMINATED: 05/05/2004*
*aka*
Lonnie D Sanders

represented by **George F Taseff**
Ste 1500
401 Main Street
Peoria, IL 61602
(309) 671-7891
Fax: 309-671-7891
Email: George_Taseff@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

### Pending Counts
----------------------

21:846=CD.F CONSPIRACY TO
DISTRIBUTE CONTROLLED
SUBSTANCE 21:846 beginning on or
about 3/1/98 and continuing until on or
about 8/9/99 conspiracy to PWID
heroin and cocaine base "crack"
(1ss)

### Disposition
----------------

Dft committed to custody of BOP for
324 months on ct 1ss. Upon release
from confinement, dft placed on 8 years
supervised release. Dft to pay $100
special assessment immediately. No
fine

### Highest Offense Level (Opening)
-------------------------------------

Felony

### Terminated Counts
-----------------------------

21:846=CD.F CONSPIRACY TO

### Disposition
----------------

DISTRIBUTE CONTROLLED
SUBSTANCE 21:846 Beginning on or
about 3/1/98 and continuing until on or
about 8/31/99 Conspiracy to posess
with intent to distribute heroin and
cocaine
(1)

Cts 1,2,3 of original indictment
dismissed due to superseding
indictment filed on 10/19/00

21:846=CD.F CONSPIRACY TO
DISTRIBUTE CONTROLLED
SUBSTANCE 21:846 beginning on or
about 3/1/98 and continuing thereafter
until on or about 8/31/99 conspiracy to
possess with intent to distribute cocaine
base ("crack")
(1s)

Cts 1s, 2s, 3s dismissed due to Second
Superseding Indictment filed

21:841A=CD.F CONTROLLED
SUBSTANCE - SELL, DISTRIBUTE,
OR DISPENSE 21:841(a)(1);(b(1)(B)
(iii) and 18:2 On or about 12/23/98
PWID heroin and cocaine base
("crack")
(2)

Cts 1,2,3 of original indictment
dismissed due to superseding
indictment filed on 10/19/00

21:841A=CD.F CONTROLLED
SUBSTANCE - SELL, DISTRIBUTE,
OR DISPENSE 21:841(a)(1), (b)(1)(B)
(iii) and 18:2 On or about 12/23/98
PWID heroin and cocaine base
("crack")
(2s)

Cts 1s, 2s, 3s dismissed due to Second
Superseding Indictment filed

21:841A=CD.F CONTROLLED
SUBSTANCE - SELL, DISTRIBUTE,
OR DISPENSE 21:841(a)(1) and (b)(1)
(B)(iii) and 18:2 On or about 12/23/98
PWID heroin and cocaine base
("crack")
(2ss)

Cts 2ss and 3ss dismissed on motion of
govt

18:922G.F UNLAWFUL
TRANSPORT OF FIREARMS, ETC.
18:922(g); 924(e) and 2 On or about
12/23/98 Possession of ammunition by
a convicted felon
(3)

Cts 1,2,3 of original indictment
dismissed due to superseding
indictment filed on 10/19/00

18:922G.F UNLAWFUL
TRANSPORT OF FIREARMS, ETC.
18:922(g), 924(e) and 2 On or about
12/23/98 possession of ammunition by
a convicted felon
(3s)

Cts 1s, 2s, 3s dismissed due to Second
Superseding Indictment filed

18:922G.F UNLAWFUL
TRANSPORT OF FIREARMS, ETC.
18:922(g), 924(e), and 2 On or about        Cts 2ss and 3ss dismissed on motion of
12/23/98 possession of ammunition by        govt
a convicted felon
(3ss)


**Highest Offense Level (Terminated)**
---------------------------------------------

Felony


**Complaints**                              **Disposition**
----------------                            ----------------

None

---

**Plaintiff**
--------------------

**USA**                      represented by **Donald B Allegro**
                                            US ATTY
                                            1830 2nd Avenue
                                            Rock Island, IL 61201-8003
                                            (309) 793-5884
                                            Fax: 793-5895
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 01/17/2000 |   | Docket Modification (Utility Event) jury trial RESET to Mon 4/2/01 at 8:30 (CM, ilcd) (Entered: 01/25/2001) |
| 01/19/2000 | 1 | INDICTMENT by USA Donald B Allegro. Counts filed against Raymond Forrest Pitts (1) count(s) 1, 2, 3 (CM, ilcd) (Entered: 01/20/2000) |
| 01/19/2000 | 2 | ARREST Warrant issued for Raymond Forrest Pitts by Judge Michael M. Mihm. Original + 3cc to USM Peo w/cc: AUSA (CM, ilcd) (Entered: 01/20/2000) |
| 01/20/2000 |   | Docket Modification (Utility Event) sealing case (CM, ilcd) (Entered: 01/20/2000) |

| 09/26/2000 | 3 | ARREST Warrant returned executed as to Raymond Forrest Pitts 9/22/00 in Omaha, NE (S, ilcd) (Entered: 09/27/2000) |
|---|---|---|
| 09/28/2000 | 4 | RULE 40 Documents received from District of Nebraska at Omaha as to Raymond Forrest Pitts (S, ilcd) (Entered: 09/28/2000) |
| 10/13/2000 | | MINUTES: before Judge Michael M. Mihm case unsealed (cc: all counsel) (S, ilcd) (Entered: 10/16/2000) |
| 10/13/2000 | | DEFENDANT Raymond Forrest Pitts arrested in Central District of IL (CM, ilcd) (Entered: 10/16/2000) |
| 10/13/2000 | | MINUTES: before Judge Michael M. Mihm. Parties present in open court with Atty Keith for govt and dft Lonnie D Sanders present without counsel for initial appearance. Same held. Court appoints Federal Public Defender to represent dft. Govt recommends detention. Order of temporary detention entered. Detention hearing/ arraignment set Tues 10/17/00 at 2:00 PM in person in PEORIA, IL. Dft is remanded to the custody of the US Marshal (cc: all counsel/USM RI/Peo/Prob) (CM, ilcd) (Entered: 10/16/2000) |
| 10/13/2000 | 5 | ORDER of Detention of Raymond Forrest Pitts pending bail hearing by Judge Michael M. Mihm (cc: all counsel). (CM, ilcd) (Entered: 10/16/2000) |
| 10/17/2000 | | MINUTES: before Judge Michael M. Mihm. Parties present in open court in Peoria, IL for arraignment/detention hearing. Same held. First appearance of Raymond Forrest Pitts, Attorney present. Dft Raymond Forrest Pitts arraigned; not guilty plea entered. Case is set for hearing on pending motions/ pretrial conference Fri 12/15/00 at 9:30 AM in person in Rock Island, IL before Judge Mihm and jury trial set Tues 12/26/00 at 8:30 AM in person in Rock Island, IL. Section 4 of report to be disclosed to dft. Court orders dft detained pending trial. Dft is remanded to the custody of the US Marshal (cc: all counsel/USM RI/Peo/Prob/Crt Rptr) (CM, ilcd) (Entered: 10/17/2000) |
| 10/17/2000 | 6 | SCHEDULING ORDER by Judge Michael M. Mihm (cc: all counsel) (CM, ilcd) (Entered: 10/17/2000) |
| 10/17/2000 | 7 | ORDER of Detention of Raymond Forrest Pitts pending trial by Judge Michael M. Mihm (cc: all counsel/USM RI/Peo/Prob ) (CM, ilcd) (Entered: 10/17/2000) |
| 10/18/2000 | 8 | MOTION for order regarding admissibility of co-conspirator declarations by Raymond Forrest Pitts (CM, ilcd) (Entered: 10/19/2000) |
| | | |

| 10/18/2000 | 9 | MOTION to produce Brady Materials by Raymond Forrest Pitts (CM, ilcd) (Entered: 10/19/2000) |
|---|---|---|
| 10/18/2000 | 10 | MOTION for order to require notice of intent to use "other crimes" evidence by Raymond Forrest Pitts (CM, ilcd) (Entered: 10/19/2000) |
| 10/18/2000 | 11 | MOTION for Rule 16 discovery by Raymond Forrest Pitts (CM, ilcd) (Entered: 10/19/2000) |
| 10/18/2000 | 12 | MOTION to dismiss count III by Raymond Forrest Pitts (CM, ilcd) (Entered: 10/19/2000) |
| 10/19/2000 | 13 | MOTION for order for handwriting samples, fingerprints and scar examination by USA as to Raymond Forrest Pitts (CM, ilcd) (Entered: 10/19/2000) |
| 10/19/2000 | 14 | SUPERSEDING indictment Raymond Forrest Pitts (1) count(s) 1s, 2s, 3s (CM, ilcd) (Entered: 10/23/2000) |
| 10/23/2000 | | MINUTES: before Mag. Judge John A. Gorman. Arraignment on superseding indictment set Wed 11/1/00 at 9:30 AM in person in Rock Island, IL (cc: all counsel/USM RI/Peo/Prob) (CM, ilcd) (Entered: 10/23/2000) |
| 11/01/2000 | | MINUTES: before Mag. Judge John A. Gorman. Parties present in open court with Atty Allegro for govt and dft Raymond F Pitts present with Atty Taseff for arraignment on superseding indictment. Dft Raymond Forrest Pitts arraigned; not guilty plea entered to superseding indictment; Attorney present. Hearing on pending motions/ pretrial conference remains set Fri 12/15/00 at 9:30 AM in person in Rock Island, IL before Judge Mihm. Jury trial remains set Tues 12/26/00 at 8:30 AM in person in Rock Island, IL. Dft is remanded to the custody of the US Marshal (cc: counsel/USM RI/Peo/Prob/Crt Rptr) (CM, ilcd) (Entered: 11/01/2000) |
| 11/01/2000 | | MINUTES: before Mag. Judge John A. Gorman dismissing counts as to Raymond Forrest Pitts Raymond Forrest Pitts (1) count(s) 1,2, 3. Cts 1,2,3 of original indictment dismissed due to superseding indictment filed on 10/19/00 (cc: all counsel) (CM, ilcd) (Entered: 11/01/2000) |
| 11/02/2000 | | MINUTES: before Judge Michael M. Mihm. Court is granting motion for order for handwriting samples, fingerprints and scar examination filed on October 19, 2000 [13-1] (cc: all counsel) (CM, ilcd) (Entered: 11/03/2000) |
| 12/15/2000 | | MINUTES: before Judge Michael M. Mihm. Parties present in open |

| | | |
|---|---|---|
| | | court with Atty Allegro present for govt and dft Raymond Forrest Pitts present with Atty Taseff for hearing on pending motions pretrial conference. Court is granting motion for Rule 16 discovery [11-1], granting motion for order to require notice of intent to use "other crimes" evidence [10-1], granting motion for order regarding admissibility of co-conspirator declarations [8-1], denying motion to dismiss count III [12-1], finding the motion to produce Brady Materials [9-1] moot. Motion to suppress to be filed by dft. Hearing on said motion to suppress/ pretrial conference set Wed 1/17/01 at 10:00 AM in person in PEORIA, IL. Santiago proffer due by 1/4/01 and objections due 1/12/01. Jury trial set 12/26/00 is cancelled and RESET to Mon 2/12/01 at 8:30 AM in person in Rock Island, IL. The Court finds IN THE INTEREST OF JUSTICE THAT THE TIME BETWEEN 12/15/00 AND 2/12/01 IS EXCLUDABLE UNDER THE SPEEDY TRIAL ACT. Dft is remanded to the custody of the US Marshal (cc: all counsel/USM RI/Peo/Prob/Crt Rptr) (CM, ilcd) (Entered: 12/15/2000) |
| 01/04/2001 | | MINUTES: before Judge Michael M. Mihm. Hearing on motion to suppress/ pretrial conference reset to 2:30 PM on Wed 1/17/01 in person in PEORIA, IL for dft Raymond Pitts. Only change is time of hearing from 10:00 AM to 2:30 PM. (cc: all counsel/USM RI/Peo/Prob/Crt Rptr) (CM, ilcd) (Entered: 01/04/2001) |
| 01/05/2001 | 15 | Santiago PROFFER of evidence as to defendant Raymond Forrest Pitts (CM, ilcd) (Entered: 01/05/2001) |
| 01/05/2001 | 16 | MOTION to suppress evidence by Raymond Forrest Pitts (CM, ilcd) (Entered: 01/05/2001) |
| 01/05/2001 | 17 | SUPPLEMENTAL MOTION to suppress by Raymond Forrest Pitts (CM, ilcd) (Entered: 01/05/2001) |
| 01/05/2001 | | Docket Modification (Utility Event) setting motion to suppress [17-1] at 2:30 1/17/01, setting motion to suppress evidence [16-1] at 2:30 1/17/01 in person in Peoria, IL (CM, ilcd) (Entered: 01/05/2001) |
| 01/16/2001 | 18 | RESPONSE by plaintiff USA to supplemental motion to suppress [17-1] (CM, ilcd) (Entered: 01/16/2001) |
| 01/17/2001 | | MINUTES: before Judge Michael M. Mihm. Parties present in open court in Peoria, IL with Atty Allegro for govt and dft Raymond Forrest Pitts present with Atty Taseff for hearing on motions to suppress. Evidence presented by govt and govt rests. Evidence by dft and dft rests. Arguments by counsel re: #16. Court is denying motion to suppress evidence [16-1]. Oral motion by dft to continue hearing on #17. Motion granted and Court is setting supplemental motion to suppress [17-1] at 9:00 AM on Fri 2/16/01 in person in Rock Island, |

| | | IL. The Jury Trial set 2/17/01 is CANCELLED and RESET to Mon 4/2/01 at 8:30 AM in person in Rock Island, IL. The Court finds IN THE INTEREST OF JUSTICE THAT THE TIME BETWEEN 1/17/01 AND 4/2/01 IS EXCLUDABLE UNDER THE SPEEDY TRIAL ACT (cc: all counsel/USM RI/Peo/Prob/Crt Rptr) (CM, ilcd) Modified on 01/25/2001 (Entered: 01/18/2001) |
|---|---|---|
| 01/17/2001 | 19 | SUPERSEDING indictment Raymond Forrest Pitts (1) count(s) 1ss, 2ss, 3ss, Erik T Alexander (2) count(s) 1 (CM, ilcd) (Entered: 01/18/2001) |
| 01/17/2001 | | Docket Modification (Utility Event) pretrial conference concluded 1/17/01 (CM, ilcd) (Entered: 01/25/2001) |
| 01/18/2001 | | MINUTES: before Mag. Judge John A. Gorman. Initial appearance/possible arraignment set Wed 2/7/01 at 2:00 PM in person in Rock Island, IL for dft Erik T. Alexander (cc: all counsel/USM RI/Peo/Prob) (CM, ilcd) (Entered: 01/18/2001) |
| 01/18/2001 | | MINUTES: before Mag. Judge Thomas J. Shields. Arraignment set Thur 1/25/01 at 1:30 PM in person in Rock Island, IL for dft Raymond Pitts (cc: all counsel/USM RI/Peo/Prob) (CM, ilcd) (Entered: 01/18/2001) |
| 01/19/2001 | 21 | ORDER by Mag. Judge John A. Gorman granting petition for writ of habeas corpus ad prosequendum for production of dft Erik T Alexander on 2/7/01 at 2:00 PM in Rock Island, IL [20-1] (cc: all counsel/USM RI/Peo/Prob) (CM, ilcd) (Entered: 01/19/2001) |
| 01/19/2001 | 22 | WRIT of habeas corpus ad prosequendum issued to Warden of Anamosa State Penitentiary for production of dft Erik T Alexander on 2/7/01 at 2:00 PM in Rock Island, IL (orig to USM Peo w/cc: USM RI/Prob/all counsel) (CM, ilcd) (Entered: 01/19/2001) |
| 01/25/2001 | | MINUTES: before Mag. Judge Thomas J. Shields Court is dismissing counts as to Raymond Forrest Pitts (1) count(s) 1s, 2s , 3s . Cts 1s, 2s, 3s dismissed due to Second Superseding Indictment filed (CM, ilcd) (Entered: 06/04/2001) |
| 01/25/2001 | | MINUTES: before Mag. Judge Thomas J. Shields. Parties present in open court in Rock Island, IL with Atty Allegro for govt and dft Raymond F Pitts present with Atty Taseff for arraignment on second superseding indictment. Dft Raymond Forrest Pitts arraigned; not guilty plea entered; Attorney present. Hearing on pending motions/ pretrial conference set Fri 3/2/01 at 1:30 PM in person in Peoria, IL before Judge Mihm. Jury trial remains set Mon 4/2/01 at 8:30 AM in person in Rock Island, IL. Dft is remanded to the custody of the US Marshal (cc: all counsel/USM RI/Peo/Prob/Crt Rptr) (CM, ilcd) |

| | | (Entered: 01/25/2001) |
|---|---|---|
| 01/25/2001 | 23 | SCHEDULING ORDER for dft Pitts by Mag. Judge Thomas J. Shields (cc: all counsel) (CM, ilcd) (Entered: 01/25/2001) |
| 02/07/2001 | 25 | SCHEDULING ORDER by Mag. Judge John A. Gorman (cc: all counsel) (CM, ilcd) (Entered: 02/07/2001) |
| 02/16/2001 | | MINUTES: before Judge Michael M. Mihm. Parties present in open court with Atty Allegro for govt and dft Raymond F Pitts present with Atty Taseff for continued hearing on motion to suppress #17. Dft presents evidence and rests. Court is taking under advisement on 2/16/01 motion to suppress [17-1] . Court will enter an order. Dft orally moves to continue pretrial conference. Same granted. Hearing on pending motions/pretrial conference RESET to Fri 3/30/01 at 2:00 PM in person in Rock Island, IL for both dfts Pitts and Alexander. Status hearing set Thur 3/1/01 at 1:00 PM via phone for both dfts Pitts and Alexander (Court will call and dfts' are to be included in the call). Dft Pitts is remanded to the custody of the US Marshal (cc: all counsel/USM RI/Peo/Prob/Crt Rptr) (CM, ilcd) Modified on 02/16/2001 (Entered: 02/16/2001) |
| 02/16/2001 | | Docket Modification (Utility Event) hearing re motion to suppress [17-1] held, Judge will enter an order (CM, ilcd) (Entered: 02/16/2001) |
| 02/21/2001 | | MINUTES: before Judge Michael M. Mihm. Status hearing set 3/1/01 cancelled and same RESET to Tues 3/20/01 at 4:30 PM via phone (Court will Call). Writ to issue for Dft Alexander's telephone appearance. No writ needed for dft Pitts at Mercer Co Jail. Call Pitts at (309) 582-5194 (cc: all counsel/USM RI/Peo/Prob/Crt Rptr) (CM, ilcd) (Entered: 02/21/2001) |
| 02/21/2001 | 26 | WRIT of habeas corpus ad testificandum issued to Warden at Anamosa Penitentiary, Anamosa, IA for dft Erik T Alexander's telephone hearing on Tues 3/20/01 at 4:30 PM (Original to Anamosa Penitentiary w/cc: all counsel) (CM, ilcd) (Entered: 02/21/2001) |
| 02/23/2001 | 27 | AFFIDAVIT of Raymond Forrest Pitts re: express mail EJ723036740US on 6/23/99 (CM, ilcd) (Entered: 02/26/2001) |
| 02/28/2001 | 28 | NOTICE of Enhancement re: dft Pitts by plaintiff USA (CM, ilcd) (Entered: 02/28/2001) |
| 03/09/2001 | 29 | MOTION to sever dfts and for separate trials by Raymond Forrest Pitts (CM, ilcd) (Entered: 03/09/2001) |
| | | |

ELECTRONIC FILING SYSTEM - U.S. District Court ILCD - Docket Report          Page 9 of 14

| 03/16/2001 | 30 | PETITION by: US Govt as to defendant Raymond Forrest Pitts, defendant Erik T Alexander regarding writ of habeas corpus ad testificandum for production of Walter Lomax on 4/2/01 at 8:30 AM in RI (CM, ilcd) (Entered: 03/16/2001) |
|---|---|---|
| 03/20/2001 | 31 | ORDER by Judge Michael M. Mihm. Court is granting Govt's petition for writ of habeas corpus ad testificandum for production of Walter Lomax on 4/2/01 at 8:30 AM in Rock Island, IL [30-1] (cc: all counsel/USM RI/Peo/Prob) (CM, ilcd) (Entered: 03/20/2001) |
| 03/20/2001 | 32 | WRIT of habeas corpus ad testificandum issued to Sheriff of Rock Island County, IL and/or US Marshal for Central Dist of IL for production of inmate Walter Lomax on 4/2/01 at 8:30 AM in Rock Island, IL (original to USM Peo w/cc: USM RI/Prob/all counsel) (CM, ilcd) (Entered: 03/20/2001) |
| 03/20/2001 | | MINUTES: before Judge Michael M. Mihm. Parties present for status hearing. Attys Allegro and Clements and both dft Pitts and Alexander present via phone. Atty Taseff in person. Oral motion by dft Pitts to continue jury trial of 4/2/01. Same allowed. Hearing on pending motions/ pretrial conference remains 3/30/01 at 2:00 PM in person in Rock Island, IL. Jury trial set 4/2/01 is cancelled and RESET to Mon 4/16/01 at 8:30 AM in person in Rock Island, IL. Status hearing concluded 3/20/01 . The Court finds IN THE INTEREST OF JUSTICE THAT THE TIME BETWEEN 3/20/01 AND 4/16/01 IS EXCLUDABLE UNDER THE SPEEDY TRIAL ACT. (cc: all counsel/USM RI/Peo/Prob/Crt Rptr) (CM, ilcd) (Entered: 03/21/2001) |
| 03/30/2001 | | MINUTES: before Judge Michael M. Mihm. Parties present in open court with Atty Allegro for govt and dft Raymond F Pitts present with Atty Taseff and dft Erik T Alexander present with Atty Clements for hearing on pending motions/pretrial conference. Same held. Dfts orally move for continuance of trial date. So ordered. Supplemental Pretrial conference set Fri 5/11/01 at 2:00 PM in person in Rock Island, IL. Jury trial set 4/16/01 is cancelled and RESET to Mon 6/4/01 at 8:30 AM in person in Rock Island, IL. Court finds IN THE INTEREST OF JUSTICE THAT THE TIME BETWEEN 3/30/01 AND 6/4/01 IS EXCLUDABLE UNDER THE SPEEDY TRIAL ACT. Dft Pitts presents evidence re: the issue of standing. Dft rests. Arguments by counsel. Order to enter (cc: all counsel/USM RI/Peo/Prob/Crt Rptr) (CM, ilcd) (Entered: 03/30/2001) |
| 03/30/2001 | 33 | EXHIBIT(S) list and exhibits attached as to defendant Raymond Forrest Pitts, defendant Erik T Alexander, plaintiff USA (CM, ilcd) (Entered: 03/30/2001) |
| 04/24/2001 | | MINUTES: before Judge Michael M. Mihm. Court is setting |

| | | continued motion to suppress [17-1] at 1:30 PM on Tues 5/1/01 in person in PEORIA for dft Raymond Pitts only (cc: all counsel/USM RI/Peo/Prob/Crt Rptr) (CM, ilcd) (Entered: 04/24/2001) |
|---|---|---|
| 04/26/2001 | | MINUTES: before Judge Michael M. Mihm Court is resetting motion to sever dfts and for separate trials [29-1] and motion to suppress [17-1] and any other pending motions re: Dft Pitts at 9:00 AM on Wed 5/23/01 in person in PEORIA, IL (cc: counsel/USM RI/Peo/Prob/Crt Rptr) (CM, ilcd) (Entered: 04/26/2001) |
| 04/26/2001 | | MINUTES: before Judge Michael M. Mihm. The Court is cancelling the hearing on pending motions/ pretrial conference set for 5/11/00 at 2:00 PM for dft Raymond Pitts only as his motions will be hearing on 5/23/01 at 9:00 AM in person in PEORIA, IL. The pretrial conference remains set for Dft Erik Alexander on Fri 5/11/01 at 2:00 PM in person in Rock Island, IL (cc: all counsel/USM RI/Peo/Prob/Crt Rptr) (CM, ilcd) (Entered: 04/26/2001) |
| 05/02/2001 | | MINUTES: before Judge Michael M. Mihm. Court is setting dft Erik Alexander's motion to suppress evidence [34-1] at 9:00 AM on Wed 5/23/01 in person in PEORIA, IL. This will be heard at the same time as dft Pitt's motion. The pretrial conference set for 5/11/01 is cancelled . (cc: all counsel/USM RI/Peo/Prob/Crt Rptr) (CM, ilcd) (Entered: 05/02/2001) |
| 05/23/2001 | | MINUTES: before Judge Michael M. Mihm. Parties present in open court in Peoria, IL with Atty Allegro for govt and dft Raymond F Pitts present with Atty Taseff and dft Eric Alexander present with Atty Clements for hearing on pending motion/pretrial conference. Same held. Govt presents evidence. Arguments by counsel re: motions to suppress. Court is denying motion to suppress evidence [34-1], and denying motion to suppress evidence [17-1]. Court is granting motion to sever dfts and for separate trials [29-1]. Jury selection for both dfts Pitts and Alexander set Mon 6/4/01 at 8:30 AM in person in PEORIA, IL. Jury trial remains set Mon 6/4/01 at 8:30 AM in person in PEORIA, IL for dft PITTS . Jury trial reset to Mon 6/18/01 at 8:30 AM in person in PEORIA, IL for dft ALEXANDER. Joint witness lists are due 6/4/01. (cc: all counsel/USM RI/Peo/Prob/Crt Rptr) (CM, ilcd) (Entered: 05/23/2001) |
| 05/23/2001 | 36 | GOVT WITNESS list with 3 exhibits attached by plaintiff USA (CM, ilcd) (Entered: 05/23/2001) |
| 05/25/2001 | 37 | PETITION by: govt as to defendant Raymond Forrest Pitts regarding writ of habeas corpus ad testificandum for production of Walter Lomas on 6/4/01 at 8:30 AM in Peoria, IL (CM, ilcd) Modified on 05/29/2001 (Entered: 05/29/2001) |
| | | |

| 05/29/2001 | 39 | ORDER by Judge Michael M. Mihm granting govt's petition for writ of habeas corpus ad testificandum for production of WAlter Lomax in RI on 6/4/01 re: dft Pitts[37-1] (cc: all counsel/USM RI/Peo/Prob) (CM, ilcd) (Entered: 05/30/2001) |
| --- | --- | --- |
| 05/29/2001 | 40 | ORDER by Judge Michael M. Mihm granting govt's petition for writ of habeas corpus ad testificandum for production of Walter Lomas in RI on 6/18/01 re: dft Alexander [38-1] (cc: all counsel/USM RI/Peo/Prob) (CM, ilcd) (Entered: 05/30/2001) |
| 05/30/2001 | 41 | WRIT of Habeas Corpus Ad Testificandum issued to US Marshal and Sheriff of Rock Island County, IL for production of Walter Lomas on 6/4/01 at 8:30 AM in Peoria, IL re: dft Pitts. Original + 2cc to USM Peo w/cc: USM RI/Prob/all counsel (CM, ilcd) Modified on 05/30/2001 (Entered: 05/30/2001) |
| 05/30/2001 | 42 | WRIT of Habeas Corpus Ad Testificandum issued to US Marshal Peoria, IL and Sheriff of Rock Island County, IL for production of Walter Lomax on 6/18/01 at 8:30 AM in Peoria, IL re: dft Alexander. Original + 2cc to USM Peo w/cc: USM RI/Prob/all counsel. (CM, ilcd) (Entered: 05/30/2001) |
| 05/30/2001 | | MINUTES: before Mag. Judge John A. Gorman. Case is set for a change of plea Fri 6/1/01 at 3:00 PM in person in Peoria, IL for dft Raymond Pitts (cc: all counsel/USM RI/Peo/Prob/Crt Rptr) (S, ilcd) (Entered: 05/30/2001) |
| 06/01/2001 | | MINUTES: before Mag. Judge John A. Gorman. Parties present in open court in Peoria, IL with Atty Allegro for govt and dft Raymond Pitts present with Atty Taseff for change of plea. Notice regarding entry of plea of guilty and reservation of issues on appeal filed in open court. Court permits dft to enter a plea of guilty to Count 1ss subject to agreement. Dft enters guilty plea to Ct 1ss. Court neither accepts nor rejects agreement and matter referred to probation office for presentence investigation and report. Report and Recommendation concerning plea of guilty to be filed by US Magistrate. Jury trial cancelled for 6/4/01 as change of plea concluded 6/1/01. Sentencing hearing set Fri 9/21/01 at 9:00 AM in person in Rock Island, IL before Judge Mihm. Jury selection also cancelled. Dft is remanded to the custody of the US Marshal. (cc: counsel/USM RI/Peo/Prob/Crt Rptr) (CM, ilcd) Modified on 07/10/2001 (Entered: 06/04/2001) |
| 06/01/2001 | | MINUTES: before Mag. Judge John A. Gorman Raymond Forrest Pitts enters guilty plea to Ct 1ss. (CM, ilcd) (Entered: 06/04/2001) |
| 06/01/2001 | 43 | NOTICE Regarding Entry of a Plea of Guilty by defendant Raymond Forrest Pitts and US Atty (CM, ilcd) (Entered: 06/04/2001) |

| 06/01/2001 | 44 | NOTICE reservation of issues for appeal by defendant Raymond Forrest Pitts (CM, ilcd) Modified on 10/04/2001 (Entered: 06/04/2001) |
| --- | --- | --- |
| 06/01/2001 | 45 | Report and Recommendation by Mag. Judge John A. Gorman Concerning Plea of Guilty by defendant Raymond Forrest Pitts to Count(s) 1ss. (cc: all counsel/Judge Mihm) (CM, ilcd) (Entered: 06/04/2001) |
| 06/05/2001 | 49 | WRITS returned unexecuted as to inmate Walter Lomas as both dfts have plead guilty (CM, ilcd) (Entered: 06/06/2001) |
| 06/28/2001 | 50 | Acceptance of Plea of Guilty, Adjudication of Guilt, and Notice of Sentencing by Judge Michael M. Mihm. Sentencing hearing set for 10:00 AM on Fri 9/21/01 in person in Rock Island, IL for Erik T Alexander. (cc: all counsel/USM RI/Peo/Prob/Crt Rptr) (CM, ilcd) (Entered: 06/28/2001) |
| 08/09/2001 | | MINUTES: before Judge Michael M. Mihm. Sentencing hearing set 9/21/01 is cancelled and RESET to Wed 10/3/01 at 9:00 AM in person in Rock Island, IL for dfts Raymond Pitts and Eric Alexander (cc: all counsel/USM RI/Peo/Prob/Crt Rptr) (CM, ilcd) (Entered: 08/09/2001) |
| 10/02/2001 | 52 | ORDER by Judge Michael M. Mihm. Court is granting dft Erik T Alexander's motion for order to authorize contact visit with his mother Marie Cheffen aka Marie Alexander on Wed 10/3/01 at 1:00 PM [51-1] (cc: all counsel/USM RI/Peo/Prob) (CM, ilcd) (Entered: 10/02/2001) |
| 10/03/2001 | | MINUTES: before Judge Michael M. Mihm. Parties present in open court with Atty Allegro for govt and dft Raymond F Pitts with Atty Taseff for sentencing. Presentence report discussed. Court rules on objections to report. Court adopts factual findings of report. Govt makes sentence recommendation. Dft's atty makes sentence request. Court proceeds to sentencing Raymond Forrest Pitts (1) count(s) 1ss. Dft committed to custody of BOP for 324 months on ct 1ss. Upon release from confinement, dft placed on 8 years supervised release on Ct 1ss. Dft to pay $100 special assessment immediately. No fine . Court is dismissing counts as to Raymond Forrest Pitts (1) count(s) 2ss, 3ss. Cts 2ss and 3ss dismissed on motion of govt. Dft is advised of right to appeal and remanded to the custody of the US Marshal (cc: all counsel/USM RI/Peo/Prob) (CM, ilcd) (Entered: 10/04/2001) |
| 10/03/2001 | 53 | PRESENTENCE Report on Raymond Forrest Pitts ( original sealed ) (CM, ilcd) Modified on 10/04/2001 (Entered: 10/04/2001) |
| 10/03/2001 | 54 | SENTENCING recommendation (original sealed) as to defendant |

|  |  | Raymond Forrest Pitts (CM, ilcd) (Entered: 10/04/2001) |
|---|---|---|
| 10/03/2001 | 57 | NOTICE of Appeal to Circuit Court by defendant Raymond Forrest Pitts [0-0] (cc: all counsel) (CM, ilcd) (Entered: 10/04/2001) |
| 10/03/2001 | 58 | JURISDICTIONAL STATEMENT filed by defendant Raymond Forrest Pitts (CM, ilcd) (Entered: 10/04/2001) |
| 10/03/2001 | 65 | STATEMENT of Reason for Imposing Sentence and Addenum to PSR (Sealed) by Judge Michael M. Mihm (CM, ilcd) (Entered: 10/11/2001) |
| 10/04/2001 | 61 | SHORT RECORD ON APPEAL sent to USCA on dft Raymond F Pitts (CM, ilcd) (Entered: 10/04/2001) |
| 10/04/2001 | 62 | SHORT RECORD ON APPEAL sent to USCA on dft Erik Troy Alexander (CM, ilcd) (Entered: 10/04/2001) |
| 10/11/2001 | 63 | JUDGMENT and Commitment Order as to defendant Raymond Forrest Pitts by Judge Michael M. Mihm (CM, ilcd) (Entered: 10/11/2001) |
| 10/15/2001 | 67 | Notification by USCA of Appellate Docket Number 01-3643 docketed on 10/9/01 (CM, ilcd) (Entered: 10/15/2001) |
| 10/15/2001 | 68 | Notification by USCA of Appellate Docket Number 01-3644 (CM, ilcd) (Entered: 10/15/2001) |
| 10/15/2001 | 69 | ORDER from USCA. Ordered that appeals 01-3643 and 01-3644 of dft Pitts and Alexander are consolidated for purposes of briefing and disposition (CM, ilcd) (Entered: 10/16/2001) |
| 10/22/2001 | 70 | TRANSCRIPT of change of plea for dfts Pitts and Alexander on 6/1/01 (CM, ilcd) (Entered: 10/23/2001) |
| 10/29/2001 | 71 | TRANSCRIPT of hearing on pending motions 1/17/01 for dft Raymond Pitts (CM, ilcd) (Entered: 10/31/2001) |
| 10/29/2001 | 72 | TRANSCRIPT of hearing on motion to suppress 2/16/01 for dft Raymond Pitts (CM, ilcd) (Entered: 10/31/2001) |
| 10/29/2001 | 73 | TRANSCRIPT of hearing on pending motions 3/30/01 for dft Raymond Pitts and Erik Alexander (CM, ilcd) Modified on 10/31/2001 (Entered: 10/31/2001) |
| 10/29/2001 | 74 | TRANSCRIPT of hearing on motion to suppress 5/23/01 for dft |

| | | |
|---|---|---|
| | | Raymond Pitts and Erik Alexander (CM, ilcd) Modified on 10/31/2001 (Entered: 10/31/2001) |
| 10/29/2001 | 75 | TRANSCRIPT of sentencing hearing 10/3/01 for dft Pitts and Erik Alexander (CM, ilcd) (Entered: 10/31/2001) |
| 11/27/2001 | 76 | JUDGMENT and Commitment returned executed 11/19/01 as to Raymond Forrest Pitts (1) count(s) 1ss at FCI Englewood, Littleton CO (CM, ilcd) (Entered: 11/27/2001) |
| 01/28/2002 | 77 | CJA Form 20 Copy 4 (Appointment of Counsel) (DK, ilcd) (Entered: 01/28/2002) |
| 03/11/2002 | 78 | NOTICE by USCA for Request for Record on Appeal (DK, ilcd) (Entered: 03/12/2002) |
| 03/12/2002 | | CLERK'S RECORD on appeal transmitted to USCA, (1 volume of pleadings, 5 transcripts, 2 sealed documents (2 PSR's)) (DK, ilcd) (Entered: 03/12/2002) |
| 03/12/2002 | 79 | CERTIFICATE of Record Transmitted to USCA re [59-1], re [57-1] (DK, ilcd) (Entered: 03/12/2002) |
| 03/12/2002 | 80 | Letter of transmittal to USCA with Record on Appeal (DK, ilcd) (Entered: 03/12/2002) |
| 03/20/2002 | 81 | Letter of transmittal from USCA for Record on Appeal received (DK, ilcd) (Entered: 03/21/2002) |
| 03/27/2003 | 83 | MANDATE from Circuit Court of Appeals affirming the decision of the District Court [59-1], affirming the decision of the District Court [57-1] (DK, ilcd) (Entered: 03/27/2003) |
| 03/27/2003 | | RECORD ON APPEAL returned from U.S. Court of Appeals (consisting of 1 volume of pleadings, 5 volumes of transcripts and 2 in camera documents) (DK, ilcd) (Entered: 03/27/2003) |
| 09/09/2003 | 85 | RECEIPT from Probation for Presentence Report, Sentencing Rec and Statement of Reasons as to defendant Raymond Forrest Pitts (DK, ilcd) (Entered: 09/10/2003) |

SEALED

FILED

JAN 1 9 2000

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT ROCK ISLAND

UNITED STATES OF AMERICA,              )
                                       )
    Plaintiff,                         )        Criminal No. 99- 00 40004
                                       )
    v.                                 )
                                       )
RAYMOND FORREST PITTS,                 )        VIO: Title 21, United States Code,
    a/k/a LONNIE D. SANDERS,           )        Section 846; Title 21, United States
                                       )        Code, Section 841(a)(1); Title 18,
    Defendant.                         )        United States Code, Section 2; Title
                                       )        18, United States Code, Sections
                                       )        922(g) and 924(e)

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT I

That beginning on or about March 1, 1998, and continuing thereafter until on or about
August 31, 1999, within the Central District of Illinois and elsewhere, the defendant,

**RAYMOND FORREST PITTS, a/k/a LONNIE D. SANDERS,**

did combine, conspire, confederate, and agree with a person known as Bruce Bones and with other
persons to knowingly and intentionally possess with intent to distribute a mixture and substance
containing heroin, a Schedule I controlled substance, and a mixture and substance containing cocaine
base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code,
Section 841(a)(1) and (b)(1)(A).

All in violation of Title 21, United States Code, Section 846.



## COUNT II

That on or about December 23, 1998, in the Central District of Illinois, the defendant,

### RAYMOND FORREST PITTS, a/k/a LONNIE D. SANDERS,

did knowingly and intentionally possess with intent to distribute a mixture and substance containing heroin, a Schedule I controlled substance, and a mixture and substance containing cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(iii), and Title 18, United States Code, Section 2.

## COUNT III

That on or about December 23, 1998, in the Central District of Illinois, the defendant,

### RAYMOND FORREST PITTS, a/k/a LONNIE D. SANDERS,

having previously been convicted under the laws of the State of California of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition, that is, P.M.C. brand .380 caliber ammunition, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g), 924(e), and 2.

### A TRUE BILL

_/s/ Foreperson_____
**FOREPERSON**

_Thomas A. Keith_____
for
**FRANCES C. HULIN**
**UNITED STATES ATTORNEY**
**DBA**

AO 245B8    (Rev. 8/01) Judgment in a Criminal Case (CDIL)
    Sheet 1

# UNITED STATES DISTRICT COURT

| Central | District of | Illinois |
|---|---|---|

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For Offenses Committed On or After November 1, 1987) |
| **Raymond Forrest Pitts** | Case Number: **00-40004-001** |
| | George F. Taseff |
| | Defendant's Attorney |

OCT 11 2001

JOHN M. WATERS, Clerk
CENTRAL DISTRICT OF ILLINOIS

## THE DEFENDANT:

[X] pleaded guilty to count(s) 1SS

[ ] pleaded nolo contendere to count(s) _____
which was accepted by the court.

[ ] was found guilty on count(s) _____
after a plea of not guilty.

**Accordingly,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 846, 841(a)(1) & (b)(1)(B) | Conspiracy to Possess with the Intent to Distribute Heroin and Cocaine Base (Crack) | 8/9/1999 | 1SS |

The defendant is sentenced as provided in pages 2 through ___6___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[X] Count(s) 2SS & 3SS _____ [ ] is [X] are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.: -1693 | October 3, 2001 |
| | Date of Imposition of Judgment |
| Defendant's Date of Birth: 60 | |
| | /s/ Michael M. Mihm |
| Defendant's USM No.: 16664-047 | Signature of Judicial Officer |
| Defendant's Residence Address: | |
| | Michael M. Mihm |
| Omaha, NE 68111 | U.S. District Judge |
| | Name and Title of Judicial Officer |
| | |
| Defendant's Mailing Address: | 10/11/01 |
| | Date |
| Omaha, NE 68111 | |



AO 245B    (Rev. 8/01) Judgment in Criminal Case
            Sheet 2 — Imprisonment

DEFENDANT:   Raymond Forrest Pitts
CASE NUMBER: 00-40004-001

Judgment — Page   2   of   6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of   324 months

[X]  The court makes the following recommendations to the Bureau of Prisons:

1. Defendant serve his sentence in a facility as close to his family in California as possible and place defendant at FCI Florence, FCI Englewood or FCI McKean  2. Defendant serve his sentence in a facility that will allow him to participate in the Comprehensive Drug Treatment Program and maximize his exposure to educational and vocational opportunities. 3. Defendant not be placed in any facility where Tyran Collins is housed.

[X]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district:

[ ]    at _____ [ ] a.m. [ ] p.m.   on _____ .

[ ]    as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

[ ]    before      on _____ .

[ ]    as notified by the United States Marshal.

[ ]    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 8/01) Judgment in a Criminal Case
         Sheet 3 — Supervised Release

DEFENDANT:  Raymond Forrest Pitts
CASE NUMBER: 00-40004-001

Judgment—Page  3  of  6

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of  8 years

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and two periodic drug tests thereafter.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

☒ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)  the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)  the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)  the defendant shall support his or her dependents and meet other family responsibilities;

5)  the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)  the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)  the defendant shall refrain from any    use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)  the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 8/01) Judgment in a Criminal Case
Sheet 3A — Supervised Release

DEFENDANT:    Raymond Forrest Pitts
CASE NUMBER:  00-40004-001

Judgment—Page  4   of   6

## SPECIAL CONDITIONS OF SUPERVISION

1.  You shall refrain from any use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician.  You shall, at the direction of the probation office, participate in a program for substance abuse treatment including testing to determine whether you have used controlled substances and/or alcohol.  You shall pay for these services as directed by the probation officer.

2.  You shall participate in psychiatric services and/or a program of mental health counseling/treatment as directed by the probation officer and shall take any and all prescribed medication as directed by the treatment providers.  You shall pay for these services as directed by the probation officer.

3.  You shall participate in a program of job training or employment counseling as directed by the probation officer.

4.  You shall not own, purchase, or possess a firearm, ammunition, or other dangerous weapon.

AO 245B    (Rev. 8/01) Judgment in a Criminal Case
Sheet 4 — Criminal Monetary Penalties

Judgment — Page 5 of 6

DEFENDANT:    Raymond Forrest Pitts
CASE NUMBER:    00-40004-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 100.00 | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
|  |  |  |  |

| TOTALS | $ | $ |
|---|---|---|

☐ If applicable, restitution amount ordered pursuant to plea agreement   $ _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for the ☐ fine and/or ☐ restitution.

☐ the interest requirement for the ☐ fine and/or ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B    (Rev. 8/01) Judgment in a Criminal Case
Sheet 4A — Criminal Monetary Penalties

DEFENDANT:    **Raymond Forrest Pitts**
CASE NUMBER:    00-40004-001

Judgment — Page 6    of 6

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  [X]  Lump sum payment of $ 100.00    due immediately, balance due

   [ ]  not later than _____ , or
        in accordance with  [ ] C,  [ ] D, or  [ ] E below; or

B  [ ]  Payment to begin immediately (may be combined with  [ ]C,    [ ]D, or    [ ]E below); or

C  [ ]  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of
        _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  [ ]  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of
        _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
        term of supervision; or

E  [ ]  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]  Joint and Several

     Defendant Name, Case Number, and Joint and Several Amount:

[ ]  The defendant shall pay the cost of prosecution.

[ ]  The defendant shall pay the following court cost(s):

[ ]  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.