AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

**JUDGMENT IN A CIVIL CASE**

FILED
OCT 0 1 2004
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

**Raymond F. Pitts**

vs.    Case Number: **04-4062**

**United States of America**

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the petition for Habeas Corpus relief pursuant to 28 USC 2255 is DISMISSED.--------------------------------------------------------------------------------------------------------

ENTER this 1st day of October, 2004

JOHN M. WATERS, CLERK

_____s/T. Peeples_____
BY: DEPUTY CLERK