E-FILED
Wednesday, 20 October, 2004 11:07:57 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Respondent,<br><br>vs.<br><br>RAYMOND F. PITTS,<br>    Petitioner/movant, | Case No. 00-40004-001<br><br>**NOTICE OF APPEAL**<br><br>04-4062 |

FILED
OCT 1 8 2004

    Notice is hereby given that RAYMOND F. PITTS, Defendant in the above-entitled case, hereby appeals to the United States Appeal Court for the Seventh Circuit from the Order handed down by the District Court Judge Michael M. Mihm dismissing his 2255 as being untimely on September 29, 2004.

    Defendant RAYMOND F. PITTS asks for this Notice of Appeal to be filed for the date sent by <u>Houston vs Lack</u>, 101 L.Ed2d 245, because the Defendant RAYMOND F PITTS is a Pro se inmate

    The date signed will be the date sent God willing.

    I declare under penalty of perjury that the foregoing is true and correct.

    Dated this 13th day of October, 2004

                                          */s/ Raymond Pitts*    Pro se
Raymond F. Pitts(16664-047-U/E)
Federal Correctional Institution
9595 West Quincy Ave
Littleton, CO 80123