E-FILED
Monday, 06 December, 2004 10:59:42 AM
Clerk, U.S. District Court, ILCD

UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

| | | |
|---|---|---|
| GINO J. AGNELLO<br>CLERK | 219 SOUTH DEARBORN STREET<br>CHICAGO, ILLINOIS 60604 | TELEPHONE<br>(312) 435-5850 |

**FILED**

DEC 0 6 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO: District Court Clerk's Office

RE: Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

```
Appellate Court No.:    04-4057              Docketed on: 12/1/04
Short Caption:          Pitts, Raymond F. v. USA
District Court Judge:   Michael M. Mihm
District Court No.:     04 C 4062
```

If you have any questions regarding this appeal, please call this office.

(1003-012490)