E-FILED
Tuesday, 28 December, 2004  10:24:02 AM
Clerk, U.S. District Court, ILCD

AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS
United States Court of Appeals
for the Seventh Circuit

RAYMOND F. PITTS ) Appeal from the United States District Court for the
) CENTRAL District of ILLINOIS
)
v.   Case No. 04-4057 ) District Court No. 04 C 4062
)
) District Court Judge MICHAEL M. MIHM
UNITED STATES OF AMERICA )

FILED
DEC 27 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)
Signed: Raymond F. Pitts

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.
Date: 12/15/04

**My issues on appeal are:**

GROUNDS 1, unconstitutional Sentence, "APPRENDI"
GROUNDS 2, unconstitutional Sentence, "Blakely"

U.S.C.A. – 7th Circuit
R E C E I V E D
DEC 20 2004 DDS
GINO J. AGNELLO
CLERK

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $0 | $0 | $0 | $0 |
| Self-employment | $0 | $0 | $0 | $0 |
| Income from real property (such as rental income) | $0 | $0 | $0 | $0 |
| Interest and dividends | $0 | $0 | $0 | $0 |
| Gifts | $0 | $0 | $0 | $0 |
| Alimony | $0 | $0 | $0 | $0 |
| Child support | $0 | $0 | $0 | $0 |
| Retirement (such as social security, pensions, annuities, insurance) | $0 | $0 | $0 | $0 |
| Disability (such as social security, insurance payments) | $0 | $0 | $0 | $0 |
| Unemployment payments | $0 | $0 | $0 | $0 |
| Public-assistance (such as welfare) | $0 | $0 | $0 | $0 |
| Other (specify): $0 | $0 | $0 | $0 | $0 |
| **Total monthly income:** | $0 | $0 | $0 | $0 |

1

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| NO | EMPLOYMENT | HISTORY | |
| Ø | Ø | Ø | Ø |
| Ø | Ø | Ø | Ø |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| NO | SPOUSE | | |
| Ø | Ø | Ø | Ø |
| Ø | Ø | Ø | Ø |

4. How much cash do you and your spouse have? $ Ø

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NONE | Ø | Ø | Ø |
| Ø | Ø | Ø | Ø |
| Ø | Ø | Ø | Ø |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| Ø | Ø | Make & year: Ø |
| Ø | Ø | Model: Ø |
| Ø | Ø | Registration # Ø |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: Ø | Ø | Ø |
| Model: Ø | Ø | Ø |
| Registration # Ø | Ø | Ø |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Ø | Ø | Ø |
| Ø | Ø | Ø |
| Ø | Ø | Ø |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Ø | Ø | Ø |
| Ø | Ø | Ø |
| Ø | Ø | Ø |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) | $ Ø | $ Ø |
| Are real estate taxes included? [ ] Yes [ ] No | | |
| Is property insurance included? [ ] Yes [ ] No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ Ø | $ Ø |
| Home maintenance (repairs and upkeep) | $ Ø | $ Ø |
| Food | $ Ø | $ Ø |
| Clothing | $ Ø | $ Ø |
| Laundry and dry-cleaning | $ Ø | $ Ø |
| Medical and dental expenses | $ Ø | $ Ø |
| Transportation (not including motor vehicle expenses | $ Ø | $ Ø |
| Recreation, entertainment, newspapers, magazines, etc. | $ Ø | $ Ø |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | $ Ø | $ Ø |

| | | |
|---|---|---|
| Life | $ ∅ | $ ∅ |
| Health | $ ∅ | $ ∅ |
| Motor vehicle | $ ∅ | $ ∅ |
| Other: ∅ | $ ∅ | $ ∅ |

Taxes (not deducted from wages or included in mortgage payments) (specify): $ ∅   $ ∅

Installment payments $ ∅   $ ∅

| | | |
|---|---|---|
| Motor Vehicle | $ ∅ | $ ∅ |
| Credit card (name): ∅ | $ ∅ | $ ∅ |
| Department store (name): ∅ | $ ∅ | $ ∅ |
| Other: ∅ | $ ∅ | $ ∅ |

Alimony, maintenance, and support paid to others   $ ∅   $ ∅

Regular expenses for operation of business, profession, or farm (attach detail)   $ ∅   $ ∅

Other (specify): ∅   $ ∅   $ ∅

Total monthly expenses:   $ ∅   $ ∅

**9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?**

[ ] Yes [X] No   If yes, describe on an attached sheet.

**10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?**

[ ] Yes [X] No   If yes, how much? $ _____

If yes, state the attorney's name, address, and telephone number:

_____

_____

_____

**11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?**

[ ] Yes [X] No   If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

**12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.**

I am in prison with a long term, I have no money or assets and no employment history. I also have nobody sending me any monies.

**13. State the address of your legal residence.**

Raymond Pitts # 16664-047
Federal Correctional Institution
9595 W. Quincy Ave. Littleton, Colorado 80123

Your daytime phone number: (___) __0__

Your age: 44   Your years of schooling: 12

Your social-security number: 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

The foregoing document was acknowledged before me this 15th day of Dec 2004
Notary Public
My commission expires 10/27/2007

5

Date: 12/16/2004
Time: 11:03:29 am

Facility: ENG

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

Start Date: 03/16/2004
End Date: 12/16/2004
Inmate Reg#: 16664047
Account Status: All
Institution: All

## General Information

Inmate Reg#: 16664047
Inmate Name: PITTS, RAYMOND FORREST
Current Site Name: Englewood FCI
Housing Unit: EAST

Living Quarters: E10-031L
Arrived From:
Transferred To:
Account Creation Date: 12/17/2001

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ENG | 03/18/2004 11:47:03 AM | 55 | | | Sales | ($45.65) | | $8.85 |
| ENG | 03/23/2004 12:22:45 PM | 8668 | | 994816 | Local Collections | $100.00 | | $108.85 |
| ENG | 03/24/2004 11:59:54 AM | 74 | | | Sales | ($36.90) | | $71.95 |
| ENG | 04/09/2004 10:20:19 AM | JV0068 | | | Payroll - IPP | $2.52 | | $74.47 |
| ENG | 04/12/2004 11:42:08 AM | 39 | | | Sales | ($21.50) | | $52.97 |
| ENG | 04/14/2004 12:32:24 PM | 9728 | | 994835 | Local Collections | $20.00 | | $72.97 |
| ENG | 04/19/2004 11:40:21 AM | 43 | | | Sales | ($18.70) | | $54.27 |
| ENG | 04/26/2004 05:06:29 PM | 47 | | | Sales | ($4.65) | | $49.62 |
| ENG | 04/30/2004 11:15:45 AM | 11 | | | Sales | ($38.50) | | $11.12 |
| ENG | 05/11/2004 11:12:21 AM | JV0082 | | | Payroll - IPP | $5.25 | | $16.37 |
| ENG | 05/17/2004 11:44:52 AM | 30 | | | Sales | ($10.95) | | $5.42 |
| ENG | 06/10/2004 01:45:57 PM | JV0101 | | | Payroll - IPP | $5.25 | | $10.67 |
| ENG | 06/14/2004 05:57:28 PM | 87 | | | Sales | ($10.65) | | $0.02 |
| ENG | 07/09/2004 11:05:54 AM | JV0108 | | | Payroll - IPP | $28.44 | | $28.46 |
| ENG | 07/14/2004 11:28:26 AM | 57 | | | Sales | ($27.85) | | $0.61 |
| ENG | 08/10/2004 08:49:55 AM | JV0121 | | | Payroll - IPP | $13.44 | | $14.05 |
| ENG | 08/11/2004 11:53:46 AM | 26 | | | Sales | ($13.70) | | $0.35 |
| ENG | 09/09/2004 01:24:07 PM | 16057 | | 1021830 | Local Collections | $50.00 | | $50.35 |
| ENG | 09/10/2004 08:04:54 AM | JV0136 | | | Payroll - IPP | $22.68 | | $73.03 |
| ENG | 09/15/2004 11:11:08 AM | 55 | | | Sales | ($52.20) | | $20.83 |
| ENG | 09/22/2004 05:59:36 PM | 110 | | | Sales | ($6.35) | | $14.48 |

Date: 12/16/2004
Time: 11:03:30 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

Facility: ENG

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 16664047 | Living Quarters: | E10-031L |
| Inmate Name: | PITTS, RAYMOND FORREST | Arrived From: | |
| Current Site Name: | Englewood FCI | Transferred To: | |
| Housing Unit: | EAST | Account Creation Date: | 12/17/2001 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ENG | 10/12/2004 07:27:24 AM | JV0001 | | | Payroll - IPP | $29.70 | | $44.18 |
| ENG | 10/13/2004 11:43:08 AM | 26 | | | Sales | ($31.05) | | $13.13 |
| ENG | 10/27/2004 05:01:09 PM | 65 | | | Sales | ($12.75) | | $0.38 |
| ENG | 11/09/2004 09:28:28 AM | 70119704 | | | Lockbox - CD | $40.00 | | $40.38 |
| ENG | 11/10/2004 08:12:22 AM | JV0017 | | | Payroll - IPP | $27.00 | | $67.38 |
| ENG | 11/13/2004 11:52:34 AM | ITS1113 | | | ITS Withdrawal | ($5.00) | | $62.38 |
| ENG | 11/13/2004 10:28:11 PM | ITS1113 | | | ITS Withdrawal | ($5.00) | | $57.38 |
| ENG | 11/14/2004 07:03:08 PM | ITS1114 | | | ITS Withdrawal | ($5.00) | | $52.38 |
| ENG | 11/19/2004 07:07:35 PM | ITS1119 | | | ITS Withdrawal | ($5.00) | | $47.38 |
| ENG | 12/01/2004 04:55:37 PM | ITS1201 | | | ITS Withdrawal | ($5.00) | | $42.38 |
| ENG | 12/02/2004 09:27:52 PM | ITS1202 | | | ITS Withdrawal | ($5.00) | | $37.38 |
| ENG | 12/07/2004 05:38:25 AM | 70121505 | | | Lockbox - CD | $25.00 | | $62.38 |
| ENG | 12/07/2004 08:36:20 PM | ITS1207 | | | ITS Withdrawal | ($5.00) | | $57.38 |
| ENG | 12/08/2004 05:56:53 PM | 47 | | | Sales | ($19.05) | | $38.33 |
| ENG | 12/10/2004 12:19:38 PM | JV0028 | | | Payroll - IPP | $41.33 | | $79.66 |
| ENG | 12/12/2004 04:50:08 PM | ITS1212 | | | ITS Withdrawal | ($5.00) | | $74.66 |
| ENG | 12/14/2004 04:47:35 PM | ITS1214 | | | ITS Withdrawal | ($5.00) | | $69.66 |
| | Total Transactions: 38 | | | | **Totals:** | **$15.16** | **$0.00** | |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ENG | $69.66 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $69.66 |

Page 2

Date: 12/16/2004
Time: 11:03:30 am

Facility: ENG

## Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Limited Official Use

### General Information

Inmate Reg#:            16664047
Inmate Name:            PITTS, RAYMOND FORREST
Current Site Name:      Englewood FCI
Housing Unit:           EAST

Living Quarters:            E10-031L
Arrived From:
Transferred To:
Account Creation Date:      12/17/2001

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| Totals: | $69.66 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $69.66 |

I, LISA Simmons, an employee of the Federal Correctional Institution Englewood, Colorado certify that this commissary account statement dated Dec 16, 2004, consisting of 3 page(s) is a true and correct description of inmate PITTS Raymond F., register number 16664-047 prison commissary account activity over the past 9 months.

Dec. 16, 2004
Date

_Lisa Simmons / Trust Fund Tech/Asst._
Signature/Title

RECEIVED ON:

Dec. 16th 2004
Date

Raymond F. Pitts   # 16664-047
Inmate's Signature/Register Number

Page 3