**E-FILED**
Tuesday, 28 December, 2004  01:28:53 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RAYMOND F. PITTS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 04-4062 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## <u>O R D E R</u>

This matter is now before the Court on Petitioner, Raymond F. Pitts' ("Pitts"), Motion to Proceed In Forma Pauperis on Appeal.  In the case at bar, Pitts sought collateral review of his conviction and sentence based on the recent Supreme Court decisions  in <u>Apprendi v. New Jersey</u>, ___ U.S. ___, 120 S.Ct. 2348 (2000), and <u>Blakely v. Washington</u>, ___ U.S. ___, 124 S.Ct. 2531 (2004).  On September 29, 2004, the Court dismissed the filing as untimely and otherwise without merit.

On October 18, 2004, Pitts filed both a Motion to Alter or Amend Judgment and a Notice of Appeal.  Based on additional information provided for the first time in the Motion, the Motion to Alter was granted on November 22, 2004, and the Court's September 29, 2004, Order was vacated pending the issuance of a new ruling.  Thus, Pitts is now seeking leave to appeal in forma pauperis from a vacated Order.

Title 28 U.S.C. § 1915(a)(3) provides that "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." The fact that Pitts' filing is based on a vacated Order compels the inescapable conclusion that pursuit of such an appeal would be futile.  Accordingly, the Court cannot find that this appeal is

being taken in good faith.  Thus, his Motion to Proceed In Forma Pauperis on Appeal is

DENIED.[1]

      ENTERED this 28th day of December, 2004.


              s/    Michael M. Mihm
              Michael M. Mihm
           United States District Judge

---

[1] The Court would also note for the record that Pitts appears to have been dishonest in his Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis.  His assertions that he received no amount of money by way of employment or other assistance and has "no money or assets . . . nobody sending me any monies" are flatly contradicted by the itemized transactions set forth in his trust fund ledgers.