AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Wednesday, 29 December, 2004 03:25:50 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

FILED
DEC 2 9 2004
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

**Raymond F. Pitts**

vs.                                                          Case Number: **04-4062**

**United States of America**

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**XX    IT IS ORDERED AND ADJUDGED** pursuant to an order entered, the Petition for habeas corpus relief is denied. Case is terminated.------------------------------------------------------------------------

ENTER this 29th day of December, 2004

JOHN M. WATERS, CLERK

_____T. Peeples_____
BY: DEPUTY CLERK