E-FILED
Monday, 31 January, 2005   10:01:19 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

UNITED STATES OF AMERICA,  )
    Respondent,  )
                          )         04-4062
                          )   Case No. 00-40004-001
vs.                        )
                          )   NOTICE OF APPEAL
                          )
RAYMOND F. PITTS  )
    Petitioner/Movant

[Stamp: FILED JAN 31 2005, JOHN M. WATERS, Clerk, U.S. DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS]

    Notice is hereby given that RAYMOND F. PITTS, Defendant in the above-entitled case, hereby appeals to the United States Appeal Court for the Seventh Circuit from the Order handed down by the District Court Judge Michael M. Mihm dismissing his 2255 on the Merits on December 28, 2004.

    Defendant RAYMOND F. PITTS asks for this Notice of Appeal to be filed for the date sent by HOUSTON VS. LACK, 101 L.Ed2d 245, because the Defendant RAYMOND F. PITTS is a Pro se inmate.

    The date signed will be the date sent, God Willing.

    I declare under penalty of perjury that the foregoing is true and correct.

    Dated this 24th day of January, 2005

                                      _Raymond F. Pitts_   Pro se
                                      Raymond F. Pitts(16664-047-U/E)
                                      Federal Correctional Institution
                                      9595 West Quincy Ave
                                      Littleton, CO 80123