*SEVENTH CIRCUIT APPEAL INFORMATION SHEET*

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois          Docket No.: 04-4062

Division: Rock Island Division

***Plaintiff (Petitioner)  Short Caption  Defendant (Respondent)***

Raymond Forrest Pitts                v.    United States of America

---

**Current Counsel for Plaintiff (Petitioner):**     **Current Counsel for Defendant (Respondent):**

(Use separate sheet for additional counsel)

Name: Raymond Forrest Pitts, 16664-047         Name: Jeffrey B Lang

Firm: ENGLEWOOD                                Firm: U S Attorney's Office

Address: 9495 West Quency Avenue               Address: 1830 Second Avenue

Littleton, CO  80123                           Rock Island, IL  61201-8003

Phone: 303-958-1566                            Phone: 309-793-5884

---

Judge: US District Judge Michael M. Mihm      Nature of Suit Code:  510

Court Reporter: K Hanna                        Date Filed in District Court:  09/24/2004

                                               Date of Judgment: 12/29/04

                                               Date of Notice of Appeal: 01/31/05

Counsel: ___Appointed     ___Retained   _X_ Pro Se
Fee Status:  ___Paid    _X_ Due    ___IFP    ___IFP Pending    ___U.S.    ___Waived
                    (Please mark only 1 item above)

Has Docketing Statement been filed with the District Court's Clerk's Office:    ___Yes    _X_ No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; _X_ pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  16664-047

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

UNITED STATES OF AMERICA, )
    Respondent, )
) 04-4062
vs. ) Case No. 00-40004-001
)
) NOTICE OF APPEAL
)
RAYMOND F. PITTS )
    Petitioner/Movant )

FILED JAN 31 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

    Notice is hereby given that RAYMOND F. PITTS, Defendant in the above-entitled case, hereby appeals to the United States Appeal Court for the Seventh Circuit from the Order handed down by the District Court Judge Michael M. Mihm dismissing his 2255 on the Merits on December 28, 2004.

    Defendant RAYMOND F. PITTS asks for this Notice of Appeal to be filed for the date sent by HOUSTON VS. LACK, 101 L.Ed2d 245, because the Defendant RAYMOND F. PITTS is a Pro se inmate.

    The date signed will be the date sent, God Willing.

    I declare under penalty of perjury that the foregoing is true and correct.

    Dated this 24th day of January, 2005

                                       Raymond F. Pitts   Pro se
                                       Raymond F. Pitts(16664-047-U/E)
                                       Federal Correctional Institution
                                       9595 West Quincy Ave
                                       Littleton, CO 80123

E-FILED
Tuesday, 28 December, 2004 01:28:53 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RAYMOND F. PITTS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 04-4062 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

### ORDER

This matter is now before the Court on Petitioner, Raymond F. Pitts' ("Pitts"), Motion to Proceed In Forma Pauperis on Appeal. In the case at bar, Pitts sought collateral review of his conviction and sentence based on the recent Supreme Court decisions in Apprendi v. New Jersey, ___ U.S. ___, 120 S.Ct. 2348 (2000), and Blakely v. Washington, ___ U.S. ___, 124 S.Ct. 2531 (2004). On September 29, 2004, the Court dismissed the filing as untimely and otherwise without merit.

On October 18, 2004, Pitts filed both a Motion to Alter or Amend Judgment and a Notice of Appeal. Based on additional information provided for the first time in the Motion, the Motion to Alter was granted on November 22, 2004, and the Court's September 29, 2004, Order was vacated pending the issuance of a new ruling. Thus, Pitts is now seeking leave to appeal in forma pauperis from a vacated Order.

Title 28 U.S.C. § 1915(a)(3) provides that "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." The fact that Pitts' filing is based on a vacated Order compels the inescapable conclusion that pursuit of such an appeal would be futile. Accordingly, the Court cannot find that this appeal is

E-FILED
Wednesday, 29 December, 2004 10:42:52 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RAYMOND F. PITTS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 04-4062 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

This matter is now before the Court on Petitioner, Raymond Pitts' ("Pitts"), Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. For the reasons set forth below, the § 2255 Motion is DENIED.

**BACKGROUND AND PROCEDURAL HISTORY**

On October 3, 2001, Pitts was sentenced to a term of 324 months after pleading guilty to charges of conspiracy to possess with intent to distribute cocaine base. The Judgment and Commitment Order was entered on October 11, 2001. He pursued an appeal to the Seventh Circuit Court of Appeals, and the Mandate affirming his conviction and sentence issued on March 27, 2003. Pitts filed a petition for writ of certiorari to the United States Supreme Court, which was denied on October 6, 2003.

Pitts has now filed the instant action seeking collateral review of his conviction and sentence based on the recent Supreme Court decisions in Apprendi v. New Jersey, ___

AO 450 (Rev. 5/85) Judgment in a Civil Case

E-FILED
Wednesday, 29 December, 2004 03:25:50 PM
Clerk, U.S. District Court, ILCD

## United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

FILED
DEC 2 9 2004
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

**Raymond F. Pitts**

vs.                                                        Case Number: **04-4062**

**United States of America**

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**XX IT IS ORDERED AND ADJUDGED** pursuant to an order entered, the Petition for habeas corpus relief is denied. Case is terminated.----------------------------------------------------------------

ENTER this 29th day of December, 2004

JOHN M. WATERS, CLERK

_____T. Peeples_____
BY: DEPUTY CLERK

CLOSED

# U.S. District Court
## Central District of Illinois (Rock Island)
## CRIMINAL DOCKET FOR CASE #: 4:00-cr-40004-MMM-1
### Internal Use Only

Case title: USA v. Pitts, et al                    Date Filed: 01/19/2000

Assigned to: Judge Michael M. Mihm

### Defendant

**Raymond Forrest Pitts** (1)         represented by **George F Taseff**
*TERMINATED: 05/05/2004*                              Ste 1500
*also known as*                                       401 Main Street
Lonnie D Sanders                                      Peoria, IL 61602
                                                      (309) 671-7891
                                                      Fax: 309-671-7891
                                                      Email: George_Taseff@fd.org
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Public Defender or*
                                                      *Community Defender Appointment*

### Pending Counts                                    ### Disposition

21:846=CD.F CONSPIRACY TO                             Dft committed to custody of BOP for
DISTRIBUTE CONTROLLED                                 324 months on ct 1ss. Upon release
SUBSTANCE 21:846 beginning on or                      from confinement, dft placed on 8 years
about 3/1/98 and continuing until on or               supervised release. Dft to pay $100
about 8/9/99 conspiracy to PWID                       special assessment immediately. No
heroin and cocaine base "crack"                       fine
(1ss)

### Highest Offense Level (Opening)

Felony

### Terminated Counts                                 ### Disposition

21:846=CD.F CONSPIRACY TO
DISTRIBUTE CONTROLLED
SUBSTANCE 21:846 Beginning on or
about 3/1/98 and continuing until on or               Cts 1,2,3 of original indictment
about 8/31/99 Conspiracy to posess                    dismissed due to superseding
with intent to distribute heroin and                  indictment filed on 10/19/00
cocaine
(1)

12, APPEAL, CLOSED, HABEAS

# U.S. District Court
## Central District of Illinois (Rock Island)
### CIVIL DOCKET FOR CASE #: 4:04-cv-04062-MMM
### Internal Use Only

Pitts v. USA
Assigned to: Judge Michael M. Mihm
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 09/24/2004
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Raymond Forrest Pitts**    represented by **Raymond Forrest Pitts**
16664-047
ENGLEWOOD
9595 West Quincy Avenue
Littleton, CO 80123
303-958-1566
PRO SE

V.

**Respondent**

**USA**    represented by **Jeffrey B Lang**
US ATTY
1830 2nd Avenue
Rock Island, IL 61201-8003
309-793-5884
Fax: 309-793-5895
Email: jeffrey.lang2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/27/2004 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255), filed by Raymond Forrest Pitts.(TP, ilcd) (Entered: 09/27/2004) |
| 09/28/2004 | 2 | Remark: Criminal docket sheet, indictment and judgment and commitment order scanned into file. (TP, ilcd) (TP, ilcd) (Entered: 09/28/2004) |
| 09/29/2004 | 3 | ORDER dismissing 1 Motion to Vacate, Set Aside or Correct Sentence (2255). Entered by Judge Michael M. Mihm on 9/29/04. (TP, ilcd) (Entered: 10/01/2004) |