

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
40 POST OFFICE BUILDING
211 - 19TH STREET
ROCK ISLAND, ILLINOIS 61201

TEL: 309.793.5778
FAX: 309.793.5878

February 4, 2005

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

        RE: Raymond Forrest Pitts
        D. C. Docket No:    04-4062
        U.S.C.A. Docket No: 04-4057

Dear Mr. Agnello:

    I am sending you herewith the original (delete inapplicable entry) record on appeal. It consists of the following:

**1 Volumes of Pleadings**

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

        Very truly yours,

        JOHN M. WATERS, CLERK

        BY:_____/T. Peeples_____
            Deputy Clerk

044062 lng rec on apl020405.wpd