

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 309.793.5778
FAX: 309.793.5878

OFFICE OF THE CLERK
40 POST OFFICE BUILDING
211 - 19TH STREET
ROCK ISLAND, ILLINOIS 61201

February 4, 2005

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

04- 57
04-4057

U.S.C.A. — 7th Circuit
RECEIVED
FEB 0 9 2005  DW
GINO J. AGNELLO
CLERK

FILED
FEB 1 1 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RE: Raymond Forrest Pitts
D. C. Docket No:   04-4062
U.S.C.A. Docket No: 04-4057

Dear Mr. Agnello:

   I am sending you herewith the original (delete inapplicable entry) record on appeal. It consists of the following:

**1 Volumes of Pleadings**

   Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

U.S.C.A. — 7th Circuit
FILED
FEB 0 9 2005  DW
GINO J. AGNELLO
CLERK
DOC. # 1825903-1

Very truly yours,

JOHN M. WATERS, CLERK

BY:_____/T. Peeples_____
        Deputy Clerk

044062 lng rec on apl020405.wpd