UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

| | | |
|---|---|---|
| GINO J. AGNELLO<br>CLERK | 219 SOUTH DEARBORN STREET<br>CHICAGO, ILLINOIS 60604 | TELEPHONE<br>(312) 435-5850 |

**FILED**

FEB 2 2 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:   District Court Clerk's Office

RE:   Notice of Docketing

   The below captioned appeal has been docketed in the United States
   Court of Appeals for the Seventh Circuit:

   Appellate Court No.:   05-1381           Docketed on: 2/16/05
   Short Caption:         Pitts, Raymond F. v. USA
   District Court Judge:  Michael M. Mihm
   District Court No.:    04 C 4062


   If you have any questions regarding this appeal, please call this
   office.

(1003-012490)