CERTIFIED COPY

E-FILED
Tuesday, 05 April, 2005 02:40:46 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals
## For the Seventh Circuit
### Chicago, Illinois 60604

February 9, 2005

**FILED**
APR 5 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Before

**Hon. Michael S. Kanne,** *Circuit Judge*
**Hon. Ilana Diamond Rovner,** *Circuit Judge*
**Hon. Ann Claire Williams,** *Circuit Judge*

| | |
|---|---|
| RAYMOND F. PITTS,<br>     Petitioner-Appellant,<br><br>No. 04-4057           v.<br><br>UNITED STATES OF AMERICA,<br>     Respondent-Appellee. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 04 C 4062<br>]<br>] Michael M. Mihm, Judge. |

### O R D E R

On consideration of the papers filed in this appeal addressing the issue of appellate jurisdiction,

IT IS ORDERED that this appeal is DISMISSED for lack of jurisdiction.

Petitioner Pitts's notice of appeal filed on October 18, 2004, was ineffective due to the timely filing of petitioner Pitts's Rule 59 motion to alter judgment. See Fed. R. App. P. 4(a)(4). In its order of November 22, 2004, the district court granted petitioner Pitts's motion to alter judgment, vacated its order of dismissal and reinstated petitioner Pitts's motion to vacate, set aside or correct sentence. This appeal (filed on October 18, 2004), therefore, is premature.

IT IS FURTHER ORDERED that the motion to proceed on appeal *in forma pauperis* is DENIED as moot.