# United States Court of Appeals

## For the Seventh Circuit

Chicago, Illinois 60604

E-FILED
Tuesday, 05 April, 2005 02:50:09 PM
Clerk, U.S. District Court, ILCD

### NOTICE OF ISSUANCE OF MANDATE

DATE:     April 4, 2005

TO:       John M. Waters
          United States District Court
          Central District of Illinois
          Room 40
          211 - 19th Street
          Rock Island, IL  61201

FROM:     Gino J. Agnello, Clerk

RE:       04-4057
          Pitts, Raymond F. v. USA
          04 C 4062, Michael M. Mihm, Judge

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[ ] No record filed
[X] Original record on appeal consisting of:

**ENCLOSED:**                                          **TO BE RETURNED AT LATER DATE:**
  [1]   Volumes of pleadings                              [ ]
  [ ]   Loose pleadings                                   [ ]
  [ ]   Volumes of transcripts                            [ ]
  [ ]   Volumes of exhibits                               [ ]
  [ ]   Volumes of depositions                            [ ]
  [ ]   In Camera material                                [ ]
  [ ]   Other_____            [ ]

        Record being retained for use                     [ ]
        in Appeal No. _____

        Copies of this notice sent to:     Counsel of record
        [ ]   United States Marshal
        [ ]   United States Probation Office

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date:  **4/5/05**_____     s/T. Peeples_____
(1071-120397)                                     Deputy Clerk, U.S. District Court