

# United States District Court

**JOHN M. WATERS**
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 309.793.5778
FAX: 309.793.5878

OFFICE OF THE CLERK
40 POST OFFICE BUILDING
211 - 19TH STREET
ROCK ISLAND, ILLINOIS 61201

April 29, 2005

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

        RE: Raymond Forrest Pitts
        D. C. Docket No:    04-4062
        U.S.C.A. Docket No: 04-4057

Dear Mr. Agnello:

     I am sending you herewith the original (delete inapplicable entry) record on appeal. It consists of the following:

     **1 Volumes of Pleadings**

     Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

                          Very truly yours,

                          JOHN M. WATERS, CLERK

                          BY:_____s/T. Peeples_____
                              Deputy Clerk

044062 lng rec on apl042905.wpd