E-FILED
Monday, 09 May, 2005  11:35:27 AM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

**CENTRAL DISTRICT OF ILLINOIS**

OFFICE OF THE CLERK
40 POST OFFICE BUILDING
211 - 19TH STREET
ROCK ISLAND, ILLINOIS 61201

TEL: 309.793.5778
FAX: 309.793.5878

**05-1381**

April 29, 2005

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

**FILED**
MAY 9 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RE: Raymond Forrest Pitts
D. C. Docket No:    04-4062
U.S.C.A. Docket No: 04-4057  05-1381

Dear Mr. Agnello:

   I am sending you herewith the original (delete inapplicable entry) record on appeal. It consists of the following:

   **1 Volumes of Pleadings**

   Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

                                    Very truly yours,

                                    JOHN M. WATERS, CLERK

                                    BY:_____s/T. Peeples_____
                                           Deputy Clerk

1855249-1

044062 lng rec on apl042905.wpd

**ON AIMS**
MAY 0 3 2005
**DW**