CERTIFIED COPY

E-FILED
Tuesday, 02 August, 2005  02:22:42 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted May 20, 2005
Decided June 9, 2005

Before

Hon. MICHAEL S. KANNE, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

**FILED**
AUG 0 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

No. 05-1381

| | |
|---|---|
| RAYMOND F. PITTS,<br>*Petitioner-Appellant,*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>*Respondent-Appellee.* | Appeal from the United States District Court for the Central District of Illinois<br><br>No. 04 C 4062<br><br>Michael M. Mihm,<br>*Judge.* |

O R D E R

Raymond Pitts has filed a notice of appeal from the denial of his motion under 28 U.S.C. § 2255, which we construe as an application for a certificate of appealability. This court has reviewed the final order of the district court and the record on appeal. We find no substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

Accordingly, the request for a certificate of appealability is DENIED. Pitts's motions to proceed in forma pauperis is DENIED.